25-765-cv, 25-766-cv
*Esposito v. Refuah Health Center / Krandle v. Refuah Health Center*

# United States Court of Appeals
FOR THE
**SECOND CIRCUIT**

**ORDER**

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 14th day of September, two thousand twenty-six.

Present:
José A. Cabranes
Alison J. Nathan
Sarah A. L. Merriam
*Circuit Judges*.

---

Dawn Esposito, individually and on behalf of all others similarly situated, and Paola Cortazar, individually and on behalf of all others similarly situated,

*Plaintiffs-Appellants*,

v. 25-765

Refuah Health Center, Inc., United States of America,

*Defendants-Appellees*.

---

Rebecca Krandle, individually and on behalf of all others similarly situated, and Paola Cortazar, individually and on behalf of all others similarly situated,

*Plaintiffs-Appellants*,

v. 25-766

Refuah Health Center, Inc., United States of America,

*Defendants-Appellees*.

---

IT IS HEREBY ORDERED that the parties shall file supplemental briefs, not to exceed ten double-spaced pages in length, addressing whether Refuah Health Center, Inc. has raised a "colorable federal defense," as required for federal officer removal. *Isaacson v. Dow Chem. Co.*, 517 F.3d 129, 135 (2d Cir. 2008). Briefing should include discussion of what constitutes a "colorable" defense and whether Refuah raised a colorable federal defense under 42 U.S.C § 233(a).

The parties shall file their briefs simultaneously within 14 calendar days from the date of this order.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

